

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00907-CV

Aundria **HINOJOSA** and Florencio Hinojosa, V, Individually as Wrongful Death Beneficiaries of Florencio Hinojosa, VI, Deceased and on Behalf of the Estate of Florencio Hinojosa, VI, Deceased,
Appellants

v.

Sophia Anita **KOEN**, M.D.; Sophia A. Koen, M.D., P.A.; and Christus Spohn Health System Corporation d/b/a Christus Spohn Hospital Alice,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-07-54935-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. The costs of this appeal are taxed against the appellants.

SIGNED November 6, 2019.

_____
Irene Rios, Justice